# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL AGUSTUS EDMUND, Jr., <br><br> Petitioner, <br><br> v. <br><br> W.L. MONTGOMERY, Warden, <br><br> Respondent. | Case No. ED CV 16-1933 VAP (MRW) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a de novo review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: April 19, 2017

_____
HON. VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE