# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

NEIL AGUSTUS EDMUND, Jr.,

Petitioner,

v.

W.L. MONTGOMERY, Warden,

Respondent.

Case No. ED CV 16-1933 VAP (MRW)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: April 19, 2017

_____
HON. VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE